UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: Frank R. Salvaggio
and Beverly A. Salvaggio,

                Debtors.      CASE NO. 9:13-bk-11468
_____/ CHAPTER 13

**MOTION TO EXCUSE DEBTOR**
**FROM ATTENDING CREDITORS' MEETING**

COME NOW Debtors, Frank R. Salvaggio and Beverly A. Salvaggio, by and through their undersigned attorney, move the Court for an Order excusing Frank R. Salvaggio from attending the Creditors' Meeting in this case, and in support thereof state as follows:

1. The Debtor, Frank R. Salvaggio was hospitalized for before the first Meeting of Creditors, and is still hospitalized without a determination of when he may be released. Once release he will need home health care.

2. Beverly A. Salvaggio wife of the Debtor. She was able to testify as to the finances of Frank R. Salvaggio and did attend the Creditors' Meeting.

WHEREFORE, Debtors, Frank R. Salvaggio and Beverly A. Salvaggio, move the Court to excuse Debtor, Frank R. Salvaggio, from attending the Creditors' Meeting, and for such other and further relief as the Court deems just and proper

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing

M:\USERS\Tina\Motions\motion to excuse Salvaggio.wpd

has been furnished to the U.S. Trustee, 501 E. Polk Street, Suite 3200, Tampa, FL 33602, Robert Tardif Trustee, PO box 2140, Ft Myers, FL 33902, by first class U.S. Mail, postage fully prepaid, or by electronic notice, this __11__ day of, *October* 2013.

*cc Frank + Beverly Salvaggio*
*3583 Rossmere Road*
*Port Charlotte, FL 33953*

MILLER AND HOLLANDER
Attorneys for Debtors
2430 Shadowlawn Drive, Suite 18
Naples, FL 34112
Telephone (239) 775-2000
Facsimile (239) 775-7953

By: *Edward R. Miller*
   Richard J. Hollander
   Florida Bar No. 884900
   Edward R. Miller
   Florida Bar No. 182746

M:\USERS\Tina\Motions\motion to excuse Salvaggio.wpd